ACCEPTED
04-15-00056-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/11/2015 2:57:52 PM
KEITH HOTTLE
CLERK

**04-15-00056-CV**

| | | |
|---|---|---|
| GARY HODGE AND ROBERT HART III | § | 4th COURT OF APPEALS |

GARY HODGE AND ROBERT HART III §    4th COURT OF APPEALS
  Appellants,     §

§

v.            §

§

STEPHEN KRAFT INDIVIDUALLY §

AND AS MEMBER ON BEHALF OF §

GRUPO HABANERO, LLC,   §

  Appellees.      §

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/11/2015 2:57:52 PM
KEITH E. HOTTLE
Clerk

## FIRST AMENDED NOTICE OF APPEAL

**TO THE HONORABLE COURT**:

Defendants, Gary Hodge and Robert Hart, III give notice of their intent to appeal the trial court's appealable order signed by the Honorable Judge Sakai sitting in the 225th District Court on January 14, 2015. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas. Appeal of this order is pursuant to Texas Civil Practice and Remedies Code §171.098(a)(1).

This appeal is an accelerated appeal governed by Texas Rule of Appellate Procedure 28.1 and is not a parental termination or child protection case governed by Texas Rule of Appellate Procedure 28.4.

       Respectfully submitted,

       BRANSCOMB | PC
       A Professional Corporation
       711 Navarro St., Suite 500
       San Antonio, Texas  78205
       Telephone:  (210) 598-5400
       Telecopier:  (210) 598-5405

  By:         

       Roderick J. Regan
       TSB# 16733040
       rregan@branscombpc.com
       Jessica R. Mann

TSB#24080165
jmann@branscombpc.com

ATTORNEYS FOR DEFENDANTS
GARY HODGE AND ROBERT HART, III

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of February, 2015, a true and correct copy of the foregoing Notice of Appeal has been forwarded to the counsel below pursuant to the Texas Rules of Civil Procedure.

Richard W. Espey – email/fax
Matthew Soliday – email/fax
Espey & Associates, PC
13750 San Pedro Avenue, Suite 730
San Antonio, TX  78232
Fax: (210) 404-0336

_____
Roderick J. Regan